IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ACG PRODUCTS, LTD,

                   Plaintiff,                                ORDER

    v.

                                                        10-cv-716-wmc

JAMES GU, BIO-NUTRITION
INTERNATIONAL, INC. and
BEIJING HUACHIN HI-TECH, INC.

                   Defendants.

---

David G. Hanson, Lisa Nester Kass, Amy L. MacArdy and Reinhart Boerner Van Deuren, S.C. have filed a motion for leave to withdraw as counsel for defendants in this matter.   Dkt. #42.   Before granting the motion, defendants will be given an opportunity to raise any objections to it and the grounds for their objections.   In addition, the defendant business entities cannot defend in court without being represented by a lawyer. *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008).

Therefore, the court will reserve a ruling on the motion for leave to withdraw until defendants have had an opportunity to advise the court whether they object to the withdrawal of counsel and on what grounds or, alternatively, that they do not object and have either engaged new counsel or are in the process of doing so.   If defendants do not respond to this opportunity to be heard by August 16, 2011, an order will be entered granting the motion and   directing Bio-Nutrition International, Inc. and Beijing Huachin Hi-Tech, Inc. to indicate whether it intends to retain new counsel.

1

Entered this 5th day of August, 2011.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge