IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ACG PRODUCTS, LTD.,

    Plaintiff,

v.

JAMES GU, BIO-NUTRITION INTERNATIONAL, INC.,
and BEIJING HUACHIN HI-TECH, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-716-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting defendants' motion to dismiss.  Plaintiff's complaint is dismissed with prejudice as to its federal trademark claim and without prejudice as to its remaining state law claims.

/s/

Peter Oppeneer, Clerk of Court

11/4/11

Date